United States District Court
for the District of New Jersey

_____

**GRASSIE AND SONS, INC., ET AL.**          :
                                            :
            Plaintiff                       :     Civil Action No.  11-2044
                                            :
            vs.                             :     Order of Reassignment
                                            :
**H&S CONSTRUCTION & MECHANICAL, INC., ET AL.** :
                                            :
            Defendant                       :
_____

It is on this 29th day of June 2011,

O R D E R E D that the entitled action is reassigned

from Judge Faith S. Hochberg to Judge Claire C. Cecchi.


    S/Garrett E. Brown, Jr.
Garrett E. Brown, Jr., Chief Judge
United States District Court